

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*50 Main Street, Suite 1100*
*White Plains, New York 10601*

December 15, 2022

**VIA E-MAIL**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Yanis Vivar-Castro,* **22 Mag. 8802**

Dear Judge Krause:

    In light of the defendant's arrest and presentment, the Government respectfully requests that the criminal complaint and arrest warrant in this matter be unsealed.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By:    /s/ Qais Ghafary
        Qais Ghafary
        Assistant United States Attorney
        Tel: (914) 993-1930

Cc: Rachel Martin, Esq. (via e-mail)

SO ORDERED.

*[signature]*

ANDREW E. KRAUSE
United States Magistrate Judge

Dated: December 16, 2022